## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

I3 MICROSYSTEMS, INC.          CASE NO. 8:22-cv-01861-SDM-TGW
F/K/A I3 TECHNOLOGIES, INC,

      Plaintiff/Counter-Defendant,

vs.

THE CHARLES STARK DRAPER
LABORATORY, INC.,

      Defendant/Counter-Plaintiff.

_____/

## JOINT MOTION TO AMEND THE CASE MANAGEMENT AND SCHEDULING ORDER AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, i3 Microsystems, Inc. ("i3M") together with Defendant, The Charles Stark Draper Laboratory, Inc. ("Draper"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and 16(b)(4), hereby move this Court for entry of an Order **(i)** Amending the Case Management and Scheduling Order adopted by the Court on May 12, 2023 (Doc. 112) as amended on May 18, 2023 (Doc. 114), to extend the fact discovery deadline from August 15, 2023 to October 13, 2023, only as to ten (10) specific depositions identified below; and **(ii)** Amending the Case Management and Scheduling Order adopted by the Court on October 3, 2022 (Doc. 31) to enlarge the number of interrogatories that each party may serve from twenty-five (25) to thirty (30) total, and as grounds state:

1

## I.   <u>BACKGROUND AND RELIEF SOUGHT</u>

On September 9, 2022, the parties[1] submitted their Uniform Case Management Report.  (Doc. 25).  On October 3, 2022, the Court issued a Scheduling Order setting, among other things, case deadlines and the number of interrogatories that each party may serve.  (Doc. 31).  Relevant here, the Court limited the parties to twenty-five (25) interrogatories each.

On May 12, 2023, after finding good cause to modify the initial Scheduling Order, the Court issued an Order (Doc. 112) adopting the Proposed Case Management and Scheduling Order (Doc. 109-1).  On May 18, 2023, the Court issued an Order (Doc. 114) correcting certain deadlines in the Proposed Case Management and Scheduling Order.  Pursuant to the above Orders, the deadline to complete fact discovery, which would include depositions of fact witnesses, is presently August 15, 2023.  (Doc. 109-1).

In the time leading up to and following entry of the above Orders, the parties have diligently pursued discovery in this case by propounding and responding to numerous interrogatories and requests for production.  Additionally, the parties have collectively taken approximately fifteen (15) depositions to date.  Despite these diligent efforts, the parties believe there is insufficient time remaining before the deadline to complete fact discovery in order to conduct the remaining depositions necessary to the case.

---

[1] I3m was represented by predecessor counsel when the initial case management deadlines were proposed.

2

Accordingly, the parties hereby request an Order enlarging the August 15, 2023 fact discovery deadline to October 13, 2023, only as the deadline pertains to the following depositions:

1. Roger Lucas, in his individual capacity;

2. Representative of i3M (currently Roger Lucas);

3. Representative of Missile Defense Agency ("MDA");

4. Representative of Defense Counterintelligence and Security Agency ("DCSA");

5. Representative of Defense Contract Management Agency ("DCMA");

6. Representative of Raytheon;

7. Raul Sanchez;

8. John Gianfrancesco;

9. The continued deposition (via Zoom) of Walter Estrada as Draper's representative (in connection with deposition exhibit 25 only);

10. Jim Matthews; and

11. Jim Shea.

Further, the parties hereby request an Order enlarging the number of interrogatories each party may serve from twenty-five (25) to thirty (30) total.

## II.   **MEMORANDUM OF LAW**

### a. **Applicable Legal Standard**

Pursuant to Rule 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause extend the time with or without

motion or notice if the court acts, or if a request is made, before the original time or its extension expires." *See also Jozwiak v. Stryker Corp.*, No. 6:09-cv-1985-Orl-19GJK, 2010 WL 743834, at *2 (M.D. Fla. Feb 26, 2010). This standard applies here because the parties are requesting an extension of deadlines in the Scheduling Order(s) before the original deadlines expire.

Rule 16(b) requires a district judge to enter a scheduling order that limits the time to complete discovery. Fed. R. Civ. P. 16(b)(3). This scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Good cause is shown when the schedule cannot "be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (quoting Fed. R. Civ. P. 16 advisory committee's note). "Thus, 'due diligence' is the standard the court applies in deciding" whether to extend deadlines in a Scheduling Order. *Halaoui v. Renaissance Hotel Operating Co.*, No. 6:13-CV-1839-ORL-40T, 2014 WL 4185324, at *3 (M.D. Fla. Aug. 22, 2014).

### b. Good cause exists for an Amended Case Management and Scheduling Order.

In short, notwithstanding the parties' diligence, the current case management deadline regarding fact discovery, specifically as to the taking of the ten depositions identified above, is not feasible and warrants enlargement. The parties have diligently pursued discovery in this case by propounding and responding to numerous interrogatories and requests for production.

Additionally, the parties have collectively taken approximately fifteen (15) depositions to date.  The parties have also worked together to identify the remaining depositions to be taken in this case and have engaged in numerous meet-and-confer sessions to address scheduling difficulties among the deponents and counsel in order to proceed with discovery as quickly and efficiently as possible.

Further, the parties have agreed to the enlargement of the number of interrogatories that each party may serve from twenty-five (25) to thirty (30) interrogatories total, including subparts.

Accordingly, this Court should amend the case management order as requested herein.

### III.   <u>CONCLUSION</u>

The parties request that the Court enter an Order **(i)** Amending the Case Management and Scheduling Order adopted by the Court on May 12, 2023 (Doc. 112) as amended on May 18, 2023 (Doc. 114), to extend the fact discovery deadline from August 15, 2023 to October 13, 2023, only as to the ten (10) specific depositions identified above; and **(ii)** Amending the Case Management and Scheduling Order adopted by the Court on October 3, 2022 (Doc. 31) to enlarge the number of interrogatories that each party may serve from twenty-five (25) to thirty (30) total, together with any further relief the Court deems just and appropriate under the circumstances.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned certify that all parties consent to the relief sought herein.

Respectfully submitted,

SHUTTS & BOWEN LLP

/s/ Michael P. Silver
MICHAEL P. SILVER
Florida Bar No. 868701
Primary E-mail: msilver@shutts.com
Secondary E-mail:doneal@shutts.com
ASHLYN ROBINSON BANKS
Florida Bar No. 1002580
Primary E-mail: abanks@shutts.com
Secondary E-mail:
kcolosky@shutts.com
ELLA A. SHENHAV
Florida Bar No. 081996
Primary E-mail:
eshenhav@shutts.com
Secondary E-mail:
ldeleary@shutts.com
ERIK R. MATHENEY
Florida Bar Number 005411
Primary E-mail:
ematheney@shutts.com
Secondary E-mail: kallen@shutts.com
SHUTTS & BOWEN LLP
4301 W. Boy Scout Boulevard,
Suite 300
Tampa, FL 33607
Telephone:      (813) 229-8900
Facsimile:      (813) 229-8901

- and -

JOSEPH M. GOLDSTEIN
Florida Bar No. 820880
Primary E-mail:
jgoldstein@shutts.com
Secondary E-mail:
jgoodwin@shutts.com
SHUTTS & BOWEN LLP
201 E. Las Olas Boulevard, Suite 2200
Ft. Lauderdale, FL 33301
Telephone:      (954) 524-5505
Facsimile:      (954) 524-5506

BUCHANAN INGERSOLL &
ROONEY PC

Steven C. Pratico, Esq.
Florida Bar No.: 0539201
steven.pratico@bipc.com
Chance Lyman, Esq.
Florida Bar No.: 107526
chance.lyman@bipc.com
Lauren V. Humphries, Esq.
Florida Bar No.: 117517
lauren.humphries@bipc.com
Masiel Pelegrino Almon, Esq.
Florida Bar No.: 1011409
masiel.almon@bipc.com
Alexandra M. Dragovich, Esq.
Florida Bar No.: 1025374
alexandra.dragovich@bipc.com
BUCHANAN INGERSOLL &
ROONEY PC
401 East Jackson Street, Suite 2400
Tampa, FL  33602
Tel No: 813 222 8180
Fax No: 813 222 8189
Secondary email:
Kara.Bernstein@bipc.com

| *Attorneys for The Charles Stark Draper Laboratory, Inc.* | |